**No. 47957.**—Protest 968224–G of Alliance Distributors, Inc. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the protest was dismissed.

BEFORE THE FIRST DIVISION, JANUARY 27, 1943

**No. 47958.**—Protest 30432–K of Abercrombie & Fitch Co. (New York).

Opinion by WALKER, J. In view of stipulation of counsel and from an examination of the illustration attached thereto it appears that the articles in question consist of a hand gear ship's wheel mounted on a binnacle stand, and that it is obvious that the addition of a glass top makes the articles suitable for use as tables, but that no glass tops were imported with them. The court was satisfied that the articles are partly finished tables rather than parts of tables and therefore fall within the provision of the trade agreement, and that the greater part by far of the table to be finished is incorporated in each of the imported articles, namely, the binnacle stand and the wheel, and the only part lacking is the glass top. The claim at 25 percent under paragraph 412 and T. D. 49753 was therefore sustained.

BEFORE THE SECOND DIVISION, JANUARY 27, 1943

**No. 47959.**—Protest 17246–K/88962 of G. W. Sheldon & Co. (Chicago).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 46497 the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to certain of the hats in question.

**No. 47960.**—Protests 622044–G, etc., of Orchid Importing Corp. (New York).

Opinion by TILSON, J. Upon the agreed facts that the merchandise consists of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained.